IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MANDI PALK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-cv-0875 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Brown |
| | ) | JURY DEMAND |
| ELK VALLEY HEALTH SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**

For good cause shown, the time for Defendant to answer or otherwise respond to the Complaint in this matter is extended through and including Friday, November 19, 2010.

SO ORDERED, this 8th day of November, 2010.

_____
ALETA A. TRAUGER
U.S. District Judge